**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

| | |
|---|---|
| CHRISTOPHER LEE AMERSON, | |
| Plaintiff, | CIVIL ACTION NO.: 6:19-cv-31 |
| v. | |
| SHERRY BLAND; and GAIL WEST, in their individual and official capacities, | |
| Defendants. | |

**O R D E R**

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 43). Plaintiff did not file Objections to the Report and Recommendation.[1] Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DENIES** Plaintiff's requests for the Court to enter default and default judgment against Defendants and to strike Defendants' responsive pleadings, (docs. 27, 32, 33, 35-1).

**SO ORDERED**, this 4th day of August, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Plaintiff has filed a Motion for Judgment on the Pleadings, (doc. 44), and a Motion for Sanctions, (doc. 45). Those Motions are not responsive to the Magistrate Judge's Report and Recommendation. To the extent those pleadings are intended as objections, they have no effect on the analysis in the Report and Recommendation, and they are **OVERRULED**.