AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CHRISTOPHER LEE AMERSON,

    Plaintiff,

**JUDGMENT IN A CIVIL CASE**

v.

CASE NUMBER: 6:19-cv-31

SHERRY BLAND; and GAIL WEST, in their individual and official capacities,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with this Court's Order dated December 22, 2020, adopting the Report and Recommendation of the United States Magistrate Judge as the opinion of this Court, judgment is entered dismissing Plaintiff's complaint without prejudice and denying Plaintiff in forma pauperis status on appeal. This case stands closed.

Approved by: _[signature]_

December 30, 2020
*Date*

John E. Triplett, Acting Clerk
*Clerk*

_[signature]_
(By) Deputy Clerk

GAS Rev 10/2020